with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

OSCAR L. RICHARD and Others v. GREAT EASTERN CASUALTY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THREE BARRELS FULL and Others.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of NOZAKI BROS., INC., Directing Arbitration to Proceed between Petitioner and ROSENBERG-NEUGASS, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JAKE WYLER v. GOODHAND, SMITH & JOHN, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LUELLA HOWARD v. UNION RAILWAY COMPANY OF CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HERBERT HOWARD v. UNION RAILWAY COMPANY OF CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

FAMOUS PLAYERS-LASKY CORPORATION v. RUDOLPH VALENTINO.— Motion for reargument or for leave to appeal denied; motion for resettlement granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HUGH M. CREIGHTON v. CLYDE WALTER POPE and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HUGH M. CREIGHTON v. CLYDE WALTER POPE and Another, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of RANSOM PARKER, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HELEN M. RODGERS v. WILLIAM J. RODGERS and Another.— Motion denied. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HELEN M. RODGERS v. WILLIAM J. RODGERS and Another.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN GOLDBERG, Impleaded, etc.— Motion denied. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE EBLING BREWING COMPANY v. GIOVANNI SARRACINO and Others.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JOHN A. BERNHARD, as Receiver, etc., v. FRANK I. FINKLER.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JOHN A. BERNHARD, as Receiver, etc., v. BERRY B. SIMONS.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

PEARL A. READ v. GEORGE W. READ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

FRED W. VAN AMBURGH v. ANNA MARGARET VAN AMBURGH.— Motion granted on condition that appellant procure record on appeal and appellant's points to